■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER CRAWFORD, Appellant. [636 NYS2d 696] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Absconding from Temporary Release, 1st Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.